UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George E. Hollander Jr.<br>　　　　　　　　　　Debtor(s) | |
| BANK OF AMERICA, N.A.,<br>its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　v.<br>George E. Hollander Jr.<br>　　　　　　　　　　Respondent(s)<br>　　　　　　and<br>Pamela J. Wilson Esq., Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 17-21132 CMB<br><br>CHAPTER 7<br>Related to Docket #_____ |

## ENTERED BY DEFAULT

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 17th day of July, 2017, at Pittsburgh, upon Motion of BANK OF AMERICA, N.A., it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 299 Clare Drive, Canonsburg, PA 15317 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Carlota M. Böhm_　dms
United States Bankruptcy Judge

FILED
7/17/17 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

George E. Hollander Jr.
299 Clare Drive
Canonsburg, PA 15317

David A. Rice Esq.
15 West Beau Street (VIA ECF)
Washington, PA 15301
ricelaw@cobweb.net

Pamela J. Wilson Esq.
810 Vermont Avenue (VIA ECF)
Pittsburgh, PA 15324


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-21132-CMB
George E. Hollander, Jr.                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw                  Page 1 of 1              Date Rcvd: Jul 17, 2017
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2017.
db              #+George E. Hollander, Jr.,    299 Clare Drive,    Canonsburg, PA 15317-5229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2017 at the address(es) listed below:
              David A. Rice    on behalf of Debtor George E. Hollander, Jr. ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@epiqtrustee.com,    pwilson@ecf.epiqsystems.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
                                                                                             TOTAL: 5