**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **George E. Hollander Jr.** | Social Security number or ITIN   **xxx−xx−5934** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17−21132−CMB**

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George E. Hollander Jr.

8/2/17                                                         **By the court:**   Carlota M. Bohm
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-21132-CMB
   George E. Hollander, Jr.                                         Chapter 7
                        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: admin                Page 1 of 2            Date Rcvd: Aug 02, 2017
                              Form ID: 318               Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
```
db              #+George E. Hollander, Jr.,    299 Clare Drive,    Canonsburg, PA 15317-5229
14387784         +Bank of America NA,    c/o Michael Clark, Esq.,    KML Law Group,    701 Market Street,
                   Philadelphia, PA 19106-1538
14387789        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas,     P.O. Box 742537,    Cincinnati, OH 45274)
14387790         +Deutsche Bank Trust Company Americas,    c/o Francis Hallinin, Esq.,
                   1617 JFK Blvd., Suite 1400,    Philadelphia, PA 19103-1814
14387791         +Deutsche Bank Trust Company Americas,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14387793         +HSBC,    P.O. Box 60501,    City of Industry, CA 91716-0501
14387795         +PA Dept of Revenue,    11 Parkway Ctr, #175,    Pittsburgh, PA 15220-3623
14387796         +PA-American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14387797         +Portfolio Recovery Associates, LLC,    c/o Blatt Hasenmiller,    1835 Market Street, Suite 501,
                   Philadelphia, PA 19103-2933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               +EDI: QPJWILSON.COM Aug 03 2017 01:18:00      Pamela J. Wilson,    810 Vermont Avenue,
                   Pittsburgh, PA 15234-1222
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:24:20      Pennsylvania Dept. of Revenue,
                   Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                   Harrisburg, PA  17128-0946
14387785         +EDI: BANKAMER.COM Aug 03 2017 01:18:00      Bank Of America, NA,    7105 Corporate Drive,
                   PTX B-209,    Plano, TX 75024-4100
14387786         +EDI: TSYS2.COM Aug 03 2017 01:18:00      Barclays Bank Delaware / US Airways,    Po Box 8803,
                   Wilmington, DE 19899-8803
14387787         +EDI: HFC.COM Aug 03 2017 01:18:00      Beneficial,    P.O. Box 5233,
                   Carol Stream, IL 60197-5233
14387788         +EDI: CHASE.COM Aug 03 2017 01:18:00      Chase Card,    P.o. Box 15298,
                   Wilmington, DE 19850-5298
14387792         +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 03 2017 01:25:13      Duquesne Light,
                   411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14387794         +EDI: HFC.COM Aug 03 2017 01:18:00      HSBC,    P.O. Box 5250,    Carol Stream, IL 60197-5250
14395632          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:24:20
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA  17128-0946
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, N.A.
cr                Duquesne Light Company
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: admin               Page 2 of 2               Date Rcvd: Aug 02, 2017
                               Form ID: 318              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
          David A. Rice    on behalf of Debtor George E. Hollander, Jr. ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson    pwilson@epiqtrustee.com,  pwilson@ecf.epiqsystems.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
                                                                                                                  TOTAL: 5